**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 68 WAL 2015
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
GAYLEN DARTANYON THOMAS, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.